**In the Interest of K.B.**

**Nos. WD 64174, WD 64179.**

Missouri Court of Appeals,
Western District.

March 8, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 2005.

Application for Transfer Denied
June 21, 2005.

Clifford Cornell, Jefferson City, for T.N., Appellant.

Cyril M. Hendricks, Jefferson City, for D.B., Appellant.

Jeanne Gordon, Jefferson City, for Juvenile Officer, Respondent.

Jeremiah W. (Jay) Nixon, Atty. Gen., and Gary Gardner, Attorney General Office, Jefferson City, for Missouri Children's Division, Respondent.

Before PAUL M. SPINDEN, Presiding Judge, VICTOR C. HOWARD, Judge, and THOMAS H. NEWTON, Judge.

### ORDER

T.N. and D.B. appeal the circuit court's judgment terminating their rights to parent their daughter, K.B. We affirm. Rule 84.16(b).